| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) LINDQUIST, RUSSELL K. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 06/24/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) BANKRUPTCY JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

FEDERAL BUILDING
SUITE 3600
5400 FEDERAL PLAZA
HAMMOND, IN 46320

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust (See Addditional Information Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Bank Deposit Program FKAMerrill Lynch Bank USA Money Fund | A | Interest | J | T | | | | | |
| 2. Muniyield Insured Fund Renamed Blackrock Muniyield Ins. Fund | D | Dividend | M | T | | | | | |
| 3. Black Rock Muni Assets Fund | D | Dividend | M | T | | | | | |
| 4. Western Asset Inter Muni Fund | D | Dividend | M | T | | | | | |
| 5. GNM P340290x | A | Distribution | J | T | | | | | |
| 6. GNM P422529X | A | Distribution | J | T | | | | | |
| 7. Nuveen Ins. Prem. Inc.-2 | A | Dividend | J | T | | | | | |
| 8. Blackrock Muniyield QLTY | D | Dividend | M | T | | | | | |
| 9. Blackrock Muni Assets Fund | D | Dividend | M | T | Buy | 03/23/15 | K | | |
| 10. Western Assete Intern Muni Fund | D | Dividend | M | T | Buy | 03/23/15 | L | | |
| 11. Cash Account Chase Bank Checking | A | Interest | L | T | | | | | |
| 12. Merrill Lynch IRA (Aggregate Ownership Arrangment) | E | Int./Div. | O | T | | | | | |
| 13. Merrill Lynch CAP, Tr. IV Def. Int. Orig. PFD Secured Note | A | Dividend | J | T | | | | | |
| 14. Merrill Lynch CAP, Tr. Def. Int. Orign. PFD Sec. Note | A | Dividend | J | T | | | | | |
| 15. Merrill Lynch Bank USA RASP Money Account Renamed Bank of America | A | Interest | L | T | | | | | |
| 16. Equitable Accumulator Elite Annuity AFLAC | | None | M | T | | | | | |
| 17. Bk. of Amer New Money Serie E Floating Perp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sara Lee Bond | A | Interest | | | Redeemed | 07/30/15 | K | A | |
| 19. AirgGas, Inc. Bond | A | Interest | | | Redeemed | 09/14/15 | J | A | |
| 20. Digital Realty Trust LLP Co. Bond | A | Interest | | | Redeemed | 05/26/15 | J | A | |
| 21. Direct TV Holdings, LLC Bond | A | Interest | | | Redeemed | 03/16/15 | J | A | |
| 22. Best Buy Inc. | A | Interest | J | T | | | | | |
| 23. SR Housing Prop. Trus | A | Interest | | | Redeemed | 11/04/15 | K | A | |
| 24. Emtergy Corp | A | Interest | J | T | | | | | |
| 25. Key Bank N.A. | A | Interest | | | Redeemed | 09/15/15 | J | A | |
| 26. ArceLor Mittal | B | Interest | | | Redeemed | 07/02/15 | K | A | |
| 27. Morgan Stanley | A | Interest | J | T | | | | | |
| 28. American Rlty CAP PPTYS Renamed Vereit, Inc. | A | Dividend | J | T | | | | | |
| 29. KIMCO Realty Corp MD Com | B | Dividend | K | T | | | | | |
| 30. National Retail PPTYS | B | Dividend | K | T | | | | | |
| 31. Public Storage | B | Dividend | K | T | | | | | |
| 32. Simon Property Group Del | B | Dividend | K | T | | | | | |
| 33. Invesco Bond Fund | C | Dividend | K | T | | | | | |
| 34. ADT Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Time Warner Cable Inc. bond | A | Interest | J | T | | | | | |
| 36. Nuveen BLD Amer Bd Fd | C | Dividend | L | T | | | | | |
| 37. Verizon Comm Inc | B | Dividend | K | T | | | | | |
| 38. Ford Motor CreditCo LLC | A | Interest | J | T | | | | | |
| 39. Health Care REIT Inc. Com Name Change to Welltower, Inc. | A | Interest | J | T | Buy | 03/20/15 | J | | |
| 40. Ventas Inc. | A | Dividend | J | T | Buy | 03/20/15 | J | | |
| 41. Nuveen Bld Amer Bd Fd | C | Dividend | L | T | Buy | 06/02/15 | J | | |
| 42. Sector SPDR Consumer STPL | A | Dividend | K | T | Buy | 08/04/15 | K | | |
| 43. Sector SPDR Utilities | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 44. Guggenheim Bulletshares 2020 Corp. Bd ETF | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 45. Guggenheim Bulletshares 2018 High Yield Corp. Bd | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 46. -Merrill Lynch IRA-Spouse (Aggregate Ownership Arrangement) | D | Interest | N | T | | | | | |
| 47. ML Bank Deposit Program f/k/a Merrill Lynch USA Rasp MF | A | Interest | K | T | | | | | |
| 48. Euitable Accumulator Elite Annuity | | None | M | T | | | | | |
| 49. AirGas, Inc. Bond | A | Interest | | | Redeemed | 09/14/15 | J | A | |
| 50. Digital Realty Trust, LLP | A | Interest | | | Redeemed | 05/26/15 | J | A | |
| 51. Best Buy Co. Inc. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Sr Housing Prop Trus | A | Interest | | | Redeemed | 11/04/15 | J | A | |
| 53.  Key Bank N.A. | A | Interest | | | Redeemed | 09/15/15 | J | A | |
| 54.  ArcelorMittal | A | Interest | | | Redeemed | 07/02/15 | K | A | |
| 55.  CRH America Inc. | A | Interest | J | T | | | | | |
| 56.  Western Union Note | A | Interest | J | T | | | | | |
| 57.  INVESCO Bond Fund | A | Dividend | J | T | | | | | |
| 58.  National Retail PRTYS Inc. | A | Dividend | J | T | | | | | |
| 59.  Public Storage | A | Dividend | K | T | | | | | |
| 60.  Stag Industries Inc. | A | Dividend | J | T | | | | | |
| 61.  Prologis Inc. | A | Dividend | K | T | | | | | |
| 62.  Prologis Inc. | A | Dividend | K | T | Buy | 06/02/15 | J | | |
| 63.  Stag Industries Inc. | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 64.  Guggenheim Bulletshars 2019 Corp. Bd Fd | A | Interest | K | T | Buy | 09/25/15 | K | | |
| 65.  Guggenheim Bulletsshares 2017 High Yield Corp. bd. | A | Interest | N | Q | Buy | 09/25/15 | J | | |
| 66.  Irrevocable Tr. Real Estate LaPorte County Appraisal date 01-21-13 | D | Rent | N | Q | | | | | |
| 67.  Irrevocable Tr. Residence City of Portage IN Appraisal date 01-29-13 | D | Rent | L | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On March 2, 2015 I took a required minimum IRA Distribution from my Merrill Lynch IRA Account No. 629-85806 in the gross amount of $32,643.54. From that amount $8,160.89 was withheld for Federal Taxes and $1632.18 waswithheld for State Taxes. The net of $22,860.51 was transferred to and credited to Merrill Lynch CMA Account No. 629-20035 held jointly with my spouse.

On March 2,2015 my spouse took a required minimum IRA Distribution from her Merrill Lynch IRA Account No. 629-83579 in the gross amount of $11,319.77. From that amount $2829.93 was withheld for Federal Taxes and $595.95 was withheld for State taxes. The net of $7,925.80 was transferred to and credited to Merrill Lynch CMA Account No. 629-20035 held jontly with myself.

As to Section I, Positions, I am sole Trustee of Ruth E. Lindquist Irrevocable Trust and Primary Beneficiary. See Section VII Investments & Trusts., marked with an (X). (See Lines 7-11).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RUSSELL K. LINDQUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544